274 F.2d 825
 UNITED STATES FIDELITY & GUARANTY COMPANY
v.
FIRST NATIONAL BANK, McALESTER, OKLAHOMA.
 No. 6095.
 United States Court of Appeals Tenth Circuit.
 August 13, 1959.
 
 Appeal from the United States District Court for the Eastern District of Oklahoma.
 Fite & Robinson, Muskogee, Okl., for appellant.
 Arnote, Arnote & Bratton, McAlester, Okl., for appellee.
 Before PHILLIPS and BREITENSTEIN, Circuit Judges.
 PER CURIAM.
 
 
 1
 Appeal dismissed pursuant to stipulation of the parties.